**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 5, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00408-CR

## EX PARTE SHERMAINE CHILDRESS

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1728614**

## MEMORANDUM OPINION

Appellant, Shermaine Childress, has signed and filed a written request to dismiss this appeal for want of jurisdiction. Appellant was appealing the trial court's order on his writ of habeas corpus seeking a reduction of bail. In his motion to dismiss, appellant states that he has made bail and been released from custody rendering this appeal moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 82 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (stating, "[t]he longstanding rule in Texas regarding habeas corpus is that "where the premise of a habeas corpus

application is destroyed by subsequent developments, the legal issues raised thereunder are moot.").

Accordingly, we grant appellant's motion and dismiss the appeal as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)